*Mr. W. E. Moore,* for Appellants.

———

No. 2,967.—STATE ex rel. THOMAS L. MARTIN, Relator, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of prohibition directed to the district court of Lewis and Clark county and the Hon. J. Miller Smith, a judge thereof, to prohibit respondents from taking jurisdiction of a cause entitled *Oscar Carlson* v. *The City of Helena.*

Decided December 20, 1910.

PER CURIAM.—Relator's petition for a writ of prohibition herein is, after due consideration by the court, denied.

*Messrs. Gunn & Hall,* for Relator.

———

No. 2,866.—STATE ex rel. FRED W. SCHWARTZ et al., Relators, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of prohibition, directed to the district court of Lewis and Clark county, and the Hon. J. M. Clements, a judge thereof.

Decided December 24, 1910.

PER CURIAM.—It is ordered that the above-entitled cause be, and the same is hereby, dismissed, for want of prosecution.

*Mr. Edward Horsky,* and *Mr. C. W. Wiley,* for Relators.